IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLEN RAY GILBERT, INDIVIDUALLY AND AS EXECUTOR OF THE SUCCESSION OF FRANCES M. GILBERT, KATHLEEN G. BUCHANAN, AND JAMES R. GILBERT,<br><br>Plaintiffs,<br><br>vs.<br><br>FRONTERA PRODUCE, LTD., PRIMUS GROUP, INC., d/b/a "Primus Labs", a foreign corporation; and THE KROGER COMPANY,<br><br>Defendants. | CASE NO.  5:12-cv-02754-TS-MLH<br><br>JUDGE TOM STAGG<br><br>MAGISTRATE JUDGE MARK L. HORNSBY |

## ORDER GRANTING JOINT MOTION OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion for Dismissal With Prejudice, the Court having reviewed same and being otherwise fully advised in the premises; the Court finds that the motion is well-taken and should be granted.

All claims are dismissed. The clerk will close this case.  MLH

IT IS HEREBY ORDERED that the Motion is Granted.

Dated at Shreveport, Louisiana, this __13__ day of March, 2015.

Mark L. Hornsby
U.S. Magistrate Judge